Chief United States District Judge Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MULUGETA ABEBE ASFAW,<br><br>Defendant. | NO. CR20-157 RSM<br><br>SECOND ORDER GRANTING MOTION TO EXTEND TIME TO SEEK AN INDICTMENT |

This Court having considered the Stipulated Motion of the United States and General Orders 01-20, 02-20, 03-20, 08-20, 9-20, and 14-20 suspending the grand jury proceedings from March 9, 2020, through July 31, 2020 and limiting in person criminal hearings, hereby

FINDS that pursuant to 18 U.S.C. § 3161(h)(7), that the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. Therefore,

IT IS ORDERED that the deadline to indict Defendant Mulugeta Abebe Asfaw in this matter is hereby extended to October 30, 2020.

DATED this 1st day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

///

///

SECOND ORDER EXTENDING TIME TO SEEK AN INDICTMENT- 1
*ASFAW/ CR20-157 RSM*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

*s/Hillary K. Stuart*
HILLARY K. STUART
Assistant United States Attorney

SECOND ORDER EXTENDING TIME TO SEEK AN INDICTMENT- 2
*ASFAW/ CR20-157 RSM*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800