The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-157 RSM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE: VIDEO PLEA HEARING** |
| MULUGETA ASFAW, | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered the Stipulated Motion to Proceed With Guilty Plea by Video Hearing, along with the relevant records and files herein, as well as the relevant General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion, and that a video guilty plea hearing may take place as soon as practical because further delays in this case would risk "serious harm to the interests of justice." *See* General Order No. 04-20 (3/30/20). Accordingly,

THE COURT ORDERS that the parties may proceed with a guilty plea by video hearing, consistent with current procedures established by this Court, and directs

ORDER RE:VIDEO PLEA HEARING - 1

LINDELL LAW OFFICES, PLLC
P.O. BOX 379
REDMOND, WA  98073
206-230-4922/
ERIC@LINDELLLAW.COM

the parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

DONE this 27th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

s/Eric Lindell
Attorney for Defendant Asfaw
P.O. Box 379
Redmond, WA. 98073
EricLindell@Icloud.com

/S/ Hillary Stuart
Assistant United States Attorney
[Agreed to by stipulation, notice of presentation waived, signature approved via email]

ORDER RE:VIDEO PLEA HEARING - 2

LINDELL LAW OFFICES, PLLC
P.O. BOX 379
REDMOND, WA 98073
206-230-4922/
ERIC@LINDELLLAW.COM